**MAYER BROWN LLP**
NANCY G. ROSS (*pro hac vice*)
nross@mayerbrown.com
ABIGAIL M. BARTINE (SBN 326993)
abartine@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 786-0600
Facsimile:  (312) 701-7711

BRIAN NETTER (*pro hac vice*)
bnetter@mayerbrown.com
1999 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

*Attorneys for Defendants*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (*pro hac vice*)
Mary J. Bortscheller (*pro hac vice*)
Daniel R. Sutter (*pro hac vice*)
1100 New York Ave, NW, Fifth Floor
Washington DC 20005
Telephone: (202) 408-4600
Facsimile: (202)408-4699

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Todd Jackson (SBN 202598)
Nina Wasow (SBN 242047)
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Facsimile:  (510) 269-7994

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY ELIASON, ANGELA HUECKEL, LINDIE LAWRENCE, TIMOTHY SCOTT, PATRICIA GILCHRIST, KAREN FISHER and GERALD KLEIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC., AT&T SERVICES, INC., and the AT&T PENSION BENEFIT PLAN,<br><br>Defendants. | CASE NO. 19-cv-06232-SK<br><br>**STIPULATED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND PROPOSED ORDER** |

Pursuant to Local Rule 7-12, Plaintiffs Amy Eliason, Angela Hueckel, Lindie Lawrence, Patricia Gilchrist, Karen Fisher, and Gerald Klein ("Plaintiffs") and Defendants AT&T Inc., AT&T Services, Inc., and the AT&T Pension Benefit Plan ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows.

1. WHEREAS, Plaintiffs served the summons and complaint (Dkt No. 1) ("Complaint") on AT&T Services, Inc. on October 7, 2019, and on AT&T Inc. and the AT&T Pension Benefit Plan on October 8, 2019;

2. WHEREAS, on December 2, 2019, Defendants filed a motion to dismiss the complaint on several grounds, including that Plaintiffs lacked standing and the complaint failed to state a claim, and also filed a motion to transfer venue to the U.S. District Court for the Northern District of Texas;

3. WHEREAS, in lieu of a response to Defendants' motion to dismiss, Plaintiffs filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1) on December 23, 2019 (Dkt No. 34) (the "Amended Complaint");

4. WHEREAS, the parties have agreed that Defendants' deadline to answer or otherwise respond to the Amended Complaint will be January 29, 2020;

5. WHEREAS, in the event that Defendants file a motion rather than an answer in response to the Amended Complaint, the parties have agreed to the following briefing schedule:

   a) The deadline for Plaintiffs' response to Defendants' motion shall be March 3, 2020; and

   b) The deadline for Defendants' reply in support of its motion shall be March 23, 2020.

6. WHEREAS, the parties' proposed briefing schedule is necessary to accommodate prior case commitments of counsel;

7. WHEREAS, for the sake of efficiency and so that all motions are presented and briefed to the Court at the same time, Defendants will voluntarily withdraw their pending motion to transfer venue, without prejudice to Defendants' ability to resubmit the motion to transfer venue in response to the Amended Complaint;

8.      WHEREAS, also for the sake of efficiency, the parties agree that the initial case management conference, which is currently scheduled for February 24, 2020, will be rescheduled to April 6, 2020, the same date as the noticed hearing for any motion in response to the amended complaint or, if Defendants elect to answer the Amended Complaint, to a mutually-agreeable date for the Court and all parties and counsel;

9.      WHEREAS, the deadlines for conducting the Rule 26(f) conference and filing the joint case management statement will be re-set in accordance with the new date for the initial case management conference as described in the Court's initial scheduling order (dkt. no. 7 at 2);

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

The deadline for Defendants to answer or otherwise respond to the Amended Complaint is **January 29, 2020**.

The deadline for Plaintiffs to oppose any motion Defendants may file shall be **March 3, 2020**.

The deadline for Defendants to file a reply in support of any motion they may file shall be **March 23, 2020**.

Defendants shall withdraw their motion to transfer venue without prejudice to resubmitting the motion after the Amended Complaint is filed.

The initial case management conference shall be rescheduled to April 6, 2020, the same date as the hearing on Defendant's motion in response to the Amended Complaint or otherwise to a mutually-agreeable date for all parties and counsel, and all related deadlines shall be re-set in accordance with that new date as described in the Court's initial scheduling order (dkt. no. 7 at 2).

/

/

/

| | |
|---|---|
| Dated: December 30, 2019 | /s/*Michelle C. Yau* |
| | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| | Michelle C. Yau |
| | Mary J. Bortscheller |
| | Daniel R. Sutter |
| | 1100 New York Ave, NW, Fifth Floor |
| | Washington DC 20005 |
| | Telephone: (202) 408-4600 |
| | Facsimile: (202)408-4699 |
| | |
| | **FEINBERG, JACKSON, WORTHMAN & WASOW, LLP** |
| | Todd Jackson (SBN 202598) |
| | Nina Wasow (SBN 242047) |
| | 2030 Addison St., Suite 500 |
| | Berkeley, CA 94704 |
| | Telephone: (510) 269-7998 |
| | Facsimile: (510) 269-7994 |
| | *Attorneys for Plaintiffs* |

Pursuant to L.R. 5-1, I, Daniel R. Sutter, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated: December 30, 2019

| | |
|---|---|
| | /s/*Abigail M. Bartine* |
| | **MAYER BROWN LLP** |
| | Nancy G. Ross |
| | Brian D. Netter |
| | Abigail M. Bartine |
| | 71 S. Wacker Dr. |
| | Chicago, IL 60606 |
| | Telephone: (312) 701-8875 |
| | Facsimile: (312) 701-7711 |
| | *Attorney for Defendants* |

## **ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: December    , 2019

                                                      The Honorable Sallie Kim
                                                    United States Magistrate Judge
                                                    Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28