UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY ELIASON, et al.,

        Plaintiffs,

   v.

AT&T INC., et al.,

        Defendants.

Case No. 19-cv-06232-SK

**JUDGMENT**

    In accordance with the Court's Order Granting Defendants' motion to dismiss dated September 28, 2020, judgment is HEREBY ENTERED in favor of Defendants as to all of Plaintiffs' claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 28, 2020



SALLIE KIM
United States Magistrate Judge